The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM SEVERAGE, JR. an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:21-cv-01265-TL<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL DATES |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the following pretrial deadlines as set forth in the Court's March 10, 2022 Order Setting Bench Trial Date and Related Dates (Dkt. 19), as follows:

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 8/22/22 | 9/21/22 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 9/21/22 | 10/21/22 |

STIPULATION AND [PROPOSED] ORDER EXTENDING
PRETIAL DATES [2:21-cv-01265-TL] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| All motions related to discovery must be filed by | 9/21/22 | 10/21/22 |
|---|---|---|
| Discovery completed by | 10/21/22 | 11/21/22 |

Good cause exists for extending these deadlines. Although the parties have conducted extensive fact discovery to date, including written discovery and the deposition of Plaintiff, the parties have also to agreed to open settlement discussions and/or schedule a mediation session to take place in August 2022. Extending these pretrial dates by one month allows the parties sufficient time to participate in mediation and/or potentially settle the matter prior to having to expend significant resources on expert witnesses. Furthermore, this extension will not impact the remaining deadlines set forth in the Court's initial scheduling order. For the reasons set forth above, the parties believe that there is good cause to request an extension of the above-listed pretrial deadlines and respectfully request that the Court grant their motion.

**SO STIPULATED**.

DATED this 20th day of July, 2022.

| NICHOLAS W. BROWN<br>United States Attorney | LAWRENCE KAHN LAW GROUP, P.S. |
|---|---|
| s/ *Erin K. Hoar*<br>ERIN K. HOAR, CA No. 311332<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: erin.hoar@usdoj.gov | s/ *Naomi Arin*<br>Naomi Arin, WSBA No. 52267<br>Lawrence M. Kahn, WSBA No. 29639<br>Lawrence Kahn Law Group, P.S.<br>14240 Interurban Avenue South, Suite B132<br>Tukwila, WA 98168<br>Telephone: (425) 453-5679<br>Fax: (425) 453-5685<br>Email: nra@lklegal.com |
| *Attorneys for Defendant United States of America* | *Attorney for Plaintiff* |

**ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that the pretrial dates set forth in this Court's March 10, 2022 Order Setting Bench Trial Date and Related Dates (Dkt. 19), be extended as set forth above.

DATED this <u>21st</u> day of <u>July</u> 2022.

_____
Tana Lin
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING
PRETIAL DATES [2:21-cv-01265-TL] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970