The Honorable Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM SEVERAGE, JR. an individual, | Case No. 2:21-cv-01265-TL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL DATES |
| v. | |
| UNITED STATES OF AMERICA, | Noted For Consideration: September 19, 2022 |
| Defendant. | |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the following pretrial deadlines as set forth in the Court's March 10, 2022 Order Setting Bench Trial Date and Related Dates (Dkt. 19) and Stipulation and Order Extending Pretrial Dates (Dkt. 21), as follows:

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 9/21/22 | 10/5/22 |

Good cause exists for extending the expert disclosure deadline by an additional two weeks. The parties have conducted extensive settlement discussions since entering into the last stipulated

STIPULATION AND [PROPOSED] ORDER EXTENDING
PRETIAL DATES [2:21-cv-01265-TL] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1   extension (Dkts. 20-21). The parties have been able to facilitate discussions without the use of a
2   mediator and are close to reaching a resolution in the case. Counsel have agreed to reconvene for
3   additional discussions the morning of September 27, 2022, following additional conferral with
4   their respective clients. The parties wish to defer the expenditure of finalizing of expert reports
5   (presently due September 21, 2022), and instead devote resources to continued settlement efforts.
6   Importantly, this extension will not impact the remaining deadlines set forth in the Court's initial
7   scheduling order and/or prior stipulated extension. For the reasons set forth above, the parties
8   believe that there is good cause to request an additional two-week extension of the expert
9   disclosure deadline and respectfully request that the Court grant their motion.

10  **SO STIPULATED**.

11  DATED this 19th day of September, 2022.

12  NICHOLAS W. BROWN                               LAWRENCE KAHN LAW GROUP, P.S.
    United States Attorney
13
    *s/ Erin K. Hoar*                               *s/ Naomi Arin*
14  ERIN K. HOAR, CA No. 311332                     Naomi Arin, WSBA No. 52267
    Assistant United States Attorney                Lawrence M. Kahn, WSBA No. 29639
15  United States Attorney's Office                 Lawrence Kahn Law Group, P.S.
    700 Stewart Street, Suite 5220                  14240 Interurban Avenue South, Suite B132
16  Seattle, Washington 98101-1271                  Tukwila, WA 98168
    Phone: 206-553-7970                             Telephone: (425) 453-5679
17  Fax: 206-553-4067                               Fax: (425) 453-5685
    Email: erin.hoar@usdoj.gov                      Email: nra@lklegal.com
18
    *Attorneys for Defendant United States*         *Attorney for Plaintiff*
19  *of America*

20

21

22

23

24

STIPULATION AND [PROPOSED] ORDER EXTENDING          **UNITED STATES ATTORNEY**
PRETIAL DATES [2:21-cv-01265-TL] - 2                700 Stewart Street, Suite 5220
                                                    Seattle, Washington 98101-1271
                                                    206-553-7970

# ORDER

The parties having so stipulated and agreed, it is hereby **ORDERED** that the current deadline for initial disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) be extended two weeks from September 21, 2022, to October 5, 2022.

DATED this 20th day of September 2022.

*Tana Lin*
Tana Lin
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING
PRETIAL DATES [2:21-cv-01265-TL] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970